```
1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture/General Crimes Sections
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142/0141
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07487 RGK(MARx) |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| $199,950.00 IN U.S. CURRENCY, | |
| Defendant. | |

1    NOTICE is hereby given that, pursuant to Fed. R. Civ. P.
2 41(a)(1)(A), plaintiff United States of America voluntarily dismisses
3 the above-captioned action.
4 Dated: January 18, 2022          TRACY L. WILKISON
                                   United States Attorney
5                                  SCOTT M. GARRANGER
                                   Assistant United states Attorney
6                                  Chief, Criminal Division
7
                                          /s/
8                                  _____
                                   VICTOR A. RODGERS
                                   MAXWELL COLL
9                                  Assistant United States Attorneys
                                   Asset Forfeiture/General Crimes
10                                 Sections

11                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA